IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY ROBINSON, | No. C-10-1761 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND DECLARATION IN SUPPORT THEREOF** |
| v. | |
| DEFENDER SECURITY COMPANY, | |
| Defendant. | |

On May 6, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS defendant to submit forthwith a chambers copy of the Notice of Removal, filed April 23, 2010, and the Declaration of Christopher M. Ahearn in support thereof, also filed April 23, 2010.

**IT IS SO ORDERED.**

Dated: May 14, 2010

MAXINE M. CHESNEY
United States District Judge