IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY ROBINSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>DEFENDER SECURITY COMPANY, a corporation,<br><br>  Defendants.<br>_____ / | No. C-10-1761 MMC<br><br>**ORDER GRANTING MOTION TO REMAND** |

    Before the Court is plaintiff Percy Robinson's Motion to Remand, filed June 18, 2010, to which Defendant Defender Security Company has filed a statement of non-opposition. The Court, having read and considered the motion and defendant's statement of non-opposition thereto, hereby GRANTS the motion and REMANDS the above-titled action to the Superior Court of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: June 1, 2010

                                            MAXINE M. CHESNEY
                                            United States District Judge